No. 93–7886. ASKEW v. TUCKER, GOVERNOR OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7887. MORAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7892. STEEL v. WACHTLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–7903. EPPS v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 93–7918. LEWIS v. RICHMOND CITY POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7928. CHILTON v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7940. NIELSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7941. REYES v. WEIMER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7952. MURRAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7959. SOTELO SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7961. STROUD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7978. MONISH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7996. TSCHIDA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 93–8002. STOCKDALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.